US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

NOV 3 0 2018

DOUGLAS F. YOUNG, Clerk
By
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF THE SEARCH OF | ) | |
| A Wireless Telephone iPhone 7 Plus | ) | |
| Model Number MNQR2LL/A, | ) | Case No. 4:18CM15 |
| Serial Number FCCVL0AZHG04 | ) | |

## ORDER

**BEFORE** the Court is the Motion by the United States of America requesting the Court to unseal the above-mentioned search warrant papers without further order of the Court. The Court having reviewed the Motion grants the United States' request.

**IT IS THEREFORE ORDERED** that the above-mentioned search warrant application, attachments and warrant shall be unsealed without further order of the Court.

**SIGNED** this 30th day of November, 2018

BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE

2